# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2012

143808 & (54)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

AUTOMOBILE CLUB INSURANCE
ASSOCIATION,
        Plaintiff-Appellee/
        Cross-Appellant,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
        Defendant-Appellant/
        Cross-Appellee,

and

ALLSTATE INSURANCE COMPANY,
        Defendant.

SC: 143808
COA: 294324
Ingham CC: 08-001249-NF

_____/

On order of the Court, the application for leave to appeal the June 21, 2011 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered. We direct the Clerk to schedule oral argument on whether to grant the applications or take other action. MCR 7.302(H)(1). The parties shall submit supplemental briefs within 42 days of the date of this order addressing whether legal residence and domicile of the insured minor were conclusively established in Tennessee pursuant to the judgment of divorce entered by the Wayne Circuit Court, as amended, or whether the minor had the capacity to acquire a different legal residence or domicile of choice. See, e.g., *Vanguard Ins Co v Racine*, 224 Mich App 229, 233 (1997); MCR 3.211(C)(1) and (3); 8 Mich Civ Jur, Domicile § 7; Restatement (Second), Conflict of Laws, §§ 15 and 22(1) comments a and d. The parties should not submit mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2012

_____
Clerk

p0320